# IN THE SUPREME COURT OF THE STATE OF NEVADA

RUSSELL RAY BIAS,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 71436

FILED

OCT 27 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

Appellant filed a notice of appeal on September 28, 2016. No appealable order was designated in the notice of appeal. To the extent that appellant appeals from the orders releasing medical records, no statute or court rule provides for an appeal from such orders. *See Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Because appellant failed to designate an appealable order, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____ , J.
Cherry

_____ , J.
Douglas

_____ , J.
Gibbons

16-33745

cc: Hon. Richard Scotti, District Judge
Russell Ray Bias
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Clark County Public Defender

SUPREME COURT
OF
NEVADA

(O) 1947A